```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUENTIN STARKES,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.

20-CV-0265 (LGS)

17-CR-0610 (LGS) -04

ORDER TO ANSWER, 28 U.S.C. § 2255

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on January 15, 2020, the Court appointed counsel for Plaintiff, and directed Plaintiff's counsel to file an amended § 2255 motion within sixty days from the date of that order or to notify the Court within thirty days that Plaintiff wishes to withdraw the action (Dkt. No. 3);

WHEREAS, on January 17, 2020, Plaintiff's counsel filed a notice of appearance (Dkt. No. 4);

WHEREAS, on January 29, 2020, Plaintiff filed an amended § 2255 motion through the Pro Se Office (Dkt. No. 5). It is hereby

ORDERED that Plaintiff's counsel shall consult with Plaintiff and file a letter on ECF by February 14, 2020, apprising the Court as to whether Plaintiff's counsel intends to file a further amended § 2255 motion by March 15, 2020 or to withdraw the action.

Dated:   January 31, 2020
        New York, New York

                                    **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**