Case 1:17-cr-00610-LGS   Document 706   Filed 09/05/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America <br> v. <br> Quentin Starkes | ) <br> ) Case No: 17 Cr. 610-04 <br> ) USM No: 79698-054 <br> ) |
| Date of Original Judgment: 10/31/2019 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) Aaron M. Goldsmith <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/31/2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/05/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Lorna G. Schofield, United States District Judge
*Printed name and title*